[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16651
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 7, 2010
JOHN LEY
CLERK

D.C. Docket No. 08-00263-CR-2-LSC-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CEDRIC MASSENGALE, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northen District of Alabama

_____

(July 7, 2010)

Before MARCUS, PRYOR and FAY, Circuit Judges

PER CURIAM:

William J. Brower, appointed counsel for Cedric Massengale in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Massengale's convictions and sentences are **AFFIRMED**.